# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>　　　　　　Petitioner,<br>　v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:22-cv-00298-MMD-CSD<br><br>ORDER |

This closed habeas matter is before the Court on Petitioner Terrance E. Williams's *pro se* motion to submit an exhibit (ECF No. 10). On August 24, 2022, the Court dismissed William's petition for a writ of habeas corpus without prejudice and declined to issue a certificate of appealability. (ECF No. 7.) Judgment was entered and the case was closed. (ECF No. 9.) Accordingly, Williams's motion to submit an exhibit is moot. However, because it appears that Williams may have intended to submit this exhibit in a different case—3:22-cv-00382-ART-CSD—the Court will instruct the Clerk of Court to send Williams a copy of his motion so that he may file it in his other case if desired.

It is therefore ordered that Williams's motion to submit an exhibit (ECF No. 10) is denied.

It is further ordered that the Clerk of the Court is instructed to send Williams a copy of his motion (ECF No. 10).

DATED THIS 30th Day of August 2022.

_____
MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE